**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC COURT – PINE SQUARE PARTNERS,<br><br>            Plaintiff,<br><br>    v.<br><br>AMERICAN MULTI-CINEMA, INC. dba AMC PINE SQUARE 16; and AMC ENTERTAINMENT, INC.<br><br>            Defendants. | Case No. CV 15-2233 DMG (PJWx)<br><br>**JUDGMENT** |

      Pursuant to Plaintiff's Notice of Acceptance of Rule 68 Offer of Judgment, judgment is hereby entered in favor of Plaintiff and against Defendants, American Multi-Cinema, Inc. dba AMC Pine Square 16 and AMC Entertainment, Inc., jointly and severally, in the amount of $60,775.00, which is inclusive of all costs and/or fees recoverable in this action. The scheduling conference on December 18, 2015 is vacated.

DATED:   December 3, 2015

                                              DOLLY M. GEE<br>                                  UNITED STATES DISTRICT JUDGE